UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DOUGLAS J. BARNES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:22-cv-00026-JPH-DLP |
| BRANDON HUNSLEY J.C.B. Wealth Management, | ) ) ) ) |
| Defendant. | ) ) |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Magistrate Judge Doris Pryor has entered a Report and Recommendation, dkt. 4, recommending that the Court order Plaintiff Douglas Barnes to either pay the $402.00 filing fee or to submit a motion for leave to proceed *in forma pauperis*. Mr. Barnes has had the opportunity to object but has not done so. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). The Court has considered and now **ADOPTS** the Report and Recommendation. Dkt. [4].

Mr. Barnes **shall have through March 14, 2022,** to either pay the $402.00 filing fee for this action or submit a motion for leave to proceed *in forma pauperis* on the form provided by the Court.

The Clerk is **directed** to send Plaintiff the Court's form motion for seeking in forma pauperis status with Plaintiff's copy of this Entry.

**SO ORDERED.**

Date: 2/10/2022

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

Distribution:

DOUGLAS J. BARNES
273729
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838