UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DOUGLAS J. BARNES, | ) |
|                Plaintiff, | ) ) ) |
|                v. | )      No. 2:22-cv-00026-JPH-DLP |
| BRANDON HUNSLEY J.C.B. Wealth Management, | ) ) ) ) |
|              Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Magistrate Judge Doris Pryor has entered a Report and Recommendation, dkt. 11, recommending that the Court dismiss Mr. Barnes' complaint for failure satisfy the Federal Rule of Civil Procedure 8(a) "short and plain statement" requirement. Judge Pryor also recommended that Mr. Barnes be allowed until July 8, 2022, to file an amended complaint. *Id.* at 4. Mr. Barnes was given fourteen days to object to the report and recommendation. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1).

On June 30, 2022, Mr. Barnes filed a notice to the Court that he is "in the process of hiring an attorney," and reiterated his claims against Defendant. Dkt. 12. The Court construes this as an objection to the Report and Recommendation. The Court has considered both the Report and Recommendation and the objection and the now **ADOPTS** the Report and Recommendation as modified below.

2

The complaint is **dismissed without prejudice** for failure to contain "a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a).

Mr. Barnes **shall have through August 2, 2022** to either (1) file an amended complaint or (2) file a motion for extension of time so that his counsel may appear and file an amended complaint on his behalf. Failure to take either action may result in this case being dismissed in its entirety.

**SO ORDERED.**

Date: 7/7/2022

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

DOUGLAS J. BARNES
215 South Westplex Ave.
Bloomington, IN 47404